■ In the Matter of STANLEY A. SCHUTZMAN, a Suspended Attorney. [759 NYS2d 651] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Mazzarelli, J.P., Andrias, Buckley, Lerner and Marlow, JJ.